UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,               )
                                        )     No. CR-05-180-LRS-4
                    Plaintiff,          )
                                        )     ORDER GRANTING UNOPPOSED
v.                                      )     MOTION TO AMEND
                                        )
BLAKE ALAN CARLSON,                     )
                                        )
                    Defendants.         )
                                        )

        BEFORE THE COURT is Defendant's unopposed Motion to Amend (Ct. Rec. 175).  For good cause shown,

        **IT IS ORDERED** the Motion **(Ct. Recs. 175)** is **GRANTED.** Defendant's conditions of release are **MODIFIED** as follows:

        1.    Defendant shall be allowed to travel outside the State of Washington for work-related purposes, with prior notice to Pretrial Services.

        2.    Defendant may travel to St. Louis, Missouri, in July 2006, for a seminar.  **However, prior to June 30, 2006, Defendant shall provide in writing to Pretrial Services the name and address of where the Defendant will be staying while in St. Louis, and the dates he will be leaving and returning.**

        2.    Defendant shall abide by all other conditions in the

ORDER GRANTING UNOPPOSED MOTION TO AMEND - 1

1  court's Order filed October 27, 2005.

2      DATED May 26, 2006.

3

4                    S/ CYNTHIA IMBROGNO
               UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING UNOPPOSED MOTION TO AMEND - 2