Jeremy D. Benson
Attorney for Defendant
John Cooney & Associates, P.S.
910 W. Garland Ave.
Spokane, WA 99205
(509) 326-2613

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BLAKE ALAN CARLSON,<br><br>Defendant. | NO.  CR-05-180-4-LRS<br><br>**ORDER AMENDING RELEASE CONDITIONS TO AUTHORIZE OUT-OF-DISTRICT TRAVEL** |

BEFORE THE COURT is the defendant's motion to amend pre-sentence release conditions to authorize travel to and from Branson, Missouri from July 18, 2007 through July 22, 2007 to attend the International Fellowship of Christian Businessmen's annual convention. The parties are in agreement to the proposed amendment.

THEREFORE IT IS HEREBY ORDERED that the pre-sentence release conditions in the above matter be amended to authorize travel to and from Branson, Missouri from July 18, 2007 through July 22, 2007.

DATED THIS 11th DAY OF JULY, 2007

s/ Cynthia Imbrogno
United States Magistrate Judge